**21SL-CC05620**

Electronically Filed - St Louis County - November 23, 2021 - 09:22 AM

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

FRANK HAUSMAN

        Plaintiff

  v.

MATTHEW HEUSER
  Serve at:
  2103 Kennland Blvd.
  Louisville, KY 40223

        Defendant

Case No.

### MOTION FOR APPROVAL AND APPOINTMENT OF PRIVATE PROCESS SERVER

    COMES NOW Plaintiff, by and through its attorney of record, and for its Motion for Approval/Appoint of Private Process Server, and requests that D&B Legal Services, Inc.: Legal Names (s):

| | | |
|---|---|---|
| Alisha Allen PPS21-0094 | Marrisa Doan PPS21-0619 | Cody Kyser PPS21-0161 |
| Jamie Andrews PPS21-0022 | William Ferrell PPS21-0034 | Raymond Land PPS21-0162 |
| Sallie Bailey PPS21-0023 | Robert Finley PPS21-0035 | Bert Lott PPS21-0054 |
| Brian Bankowski PPS21-0099 | Ramona Foster PPS21-0132 | Frank Lundien PPS21-0168 |
| Dustin Becraft PPS21-0024 | James Frago PPS21-0036 | Chad Maier PPS21-0170 |
| Carrington Bell PPS21-0025 | John Frago PPS21-0037 | Lyle Malcom PPS21-0625 |
| Miranda Bergner PPS21-0101 | David Garza PPS21-0134 | Daniel Maglothin PPS21-0624 |
| Steven Bergner PPS21-0026 | Bradley Gordon PPS21-0038 | Kenneth Marshall PPS21-0171 |
| Thomas Bogue PPS21-0027 | Thomas Gorgen PPS21-0039 | Deborah Martin PPS21-0055 |
| Mathew Bohrer PPS21-0103 | Mason Gray PPS21-0140 | Michael Martin PPS21-0056 |
| Arthur Boyer PPS21-0028 | Charles Gunning PPS21-0040 | Casey McKee PPS21-0626 |
| Scott Brady PPS21-0029 | Michael Hancock PPS21-0041 | Timothy McLeary PPS21-0057 |
| Donald Branda PPS21-0104 | James Hannah PPS21-0042 | Jennifer Mead PPS21-0628 |
| Jeff Brown PPS21-0030 | Rufus Harmon PPS21-0043 | Michael Meador PPS21-0058 |
| Hester Bryant PPS21-0614 | Stephen Heitz PPS21-0044 | Maria Meier PPS21-0059 |
| Randy Burrow PPS21-0107 | James Hise PPS21-0045 | Heather Merfen PPS21-0060 |
| Gary Burt PPS21-0031 | Gerald Hissam PPS21-0621 | Thomas Melte PPS21-0061 |
| Glen Cobb PPS21-0114 | William Hockersmith PPS21-0046 | Jill Miller PPS21-0178 |
| Norman Collins PPS21-0115 | Alex Holland PPS21-0622 | Michael Miller PPS21-0062 |
| Michael Conklin PPS21-0120 | James Johnson PPS21-0623 | Matthew Millhollin PPS21-0063 |
| Lisa Corbett PPS21-0122 | Mike Johnson PPS21-0047 | Angela Molt PPS21-0462 |
| Bert Daniels PPS21-0615 | Tawanda Johnson PPS21-0048 | Carlos Moreno PPS21-0181 |
| Richard Davis PPS21-0617 | Patrick Jones PPS21-0049 | Jason Moody PPS21-0064 |
| David Dice PPS21-0032 | Wendy Hilgenberg PPS21-0050 | Andrew Myers PPS21-0629 |
| Maureen Dice PPS21-0033 | Brent Kirkhart PPS21-0051 | James Myers PPS21-0630 |
| Norman Diggs PPS21-0125 | Janice Kirkhart PPS21-0052 | Stephanie Myers PPS21-0631 |
| Edwina Ditmore PPS21-0126 | Tyler Kirkhart PPS21-0053 | Christopher New PPS21-0632 |



Electronically Filed - St. Louis County - November 23, 2021 - 09:22 AM

| | | |
|---|---|---|
| Jeremy Nicholas PPS21-0065 | Richard Roth PPS21-0077 | Sonja Stone PPS21-0218 |
| Michael Noble PPS21-0066 | Edna Russell PPS21-0078 | Stephanie Taggart PPS21-0637 |
| Greg Noll PPS21-0067 | Juan Santos PPS21-0207 | David Taliaferro PPS21-0638 |
| Mike Perry PPS21-0633 | Brian Scheer PPS21-0208 | Michael Taylor PPS21-0639 |
| Robert Peters PPS21-0193 | Brenda Schiwitz PPS21-0079 | Lucas Traugott PPS21-0223 |
| Carrie Pfeifer PPS21-0068 | Mark Schneider PPS21-0209 | Ryan Weekley PPS21-0084 |
| Craig Poese PPS21-0069 | Joe Sherrod PPS21-0212 | Misty Wege PPS21-0230 |
| Dee Powell PPS21-0070 | Michael Siegel PPS21-0213 | Andrew Wheeler PPS21-0085 |
| Samantha Powell PPS21-0071 | Robert Simpson PPS21-0214 | Pamela Wheetley PPS21-0086 |
| William Powell PPS21-0072 | Laura Skinner PPS21-0080 | Andrew Wickliffe PPS21-0087 |
| Kim Presler PPS21-0073 | Thomas Skinner PPS21-0081 | Gregory Willing PPS21-0088 |
| Marcus Presler PPS21-0074 | Richard Skyles PPS21-0082 | Conni Wilson PPS21-0089 |
| Mark Rauss PPS21-0075 | Anthony Spada PPS21-0083 | Stan Yoder PPS21-0233 |
| Jorge Rivera PPS21-0634 | Michael Stogsdill PPS21-0636 | Jacqueline Young PPS21-0090 |
| Sammie Robinson PPS21-0635 | John Stotler PPS21-0220 | Greg Zotta PPS21-0091 |
| Jason Rodgers PPS21-0076 | Randy Stone PPS21-0219 | |

who are qualified persons to serve process, are not parties to the case and are not less than eighteen (18) years of age, as private process servers in the above cause to serve process in this case.

By: _____

## ORDER

It is hereby ordered that the Plaintiff's Motion for Approval and Appointment of private process server is granted, and the above-named individuals are hereby approved and appointed to serve process in the above-captioned matter.

Date: _____        _____
                                      Judge or Clerk

2

Electronically Filed - St. Louis County - November 29, 2021 - 03:22 PM

In the
# CIRCUIT COURT
Of St. Louis County, Missouri

Frank Hausman
Plaintiff/Petitioner

vs.

Matthew Heuser
Defendant/Respondent

┌                              ┐
                    For File Stamp Only

└                              ┘

November 29, 2021
Date

21SL-CC05620
Case Number

8
Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff Frank Hausman                                                    , pursuant
                     Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

James Karas of D&B Legal Services, PO Box 7471, Overland Park, KS 66207  (913) 362-8110
Name of Process Server                          Address                                                          Telephone

Tija Jackson of D&B Legal Services, PO Box 7471, Overland Park, KS 66207  (913) 362-8110
Name of Process Server                          Address or In the Alternative                             Telephone


Name of Process Server                          Address or In the Alternative                             Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                              SERVE:
Matthew Heuser
Name                                                    Name
2103 Kennland Blvd.
Address                                                 Address
Louisville, KY 40223
City/State/Zip                                          City/State/Zip

SERVE:                                              SERVE:

Name                                                    Name

Address                                                 Address

City/State/Zip                                          City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____
          Deputy Clerk


_____
Date

Signature of Attorney/Plaintiff/Petitioner
40571
Bar No.
221 W. Lexington, Ste. 200, Independence, MO 64050
Address
(816) 471-4511              (816) 471-8450
Phone No.                          Fax No.

CCADM62-WS    Rev. 07/19

Electronically Filed - St. Louis County - December 02, 2021 - 03:30 PM

In the
# CIRCUIT COURT
Of St. Louis County, Missouri

__November 29, 2021__
Date

 Frank Hausman
Plaintiff/Petitioner

__21SL-CC05620__
Case Number

vs.

__8__
Division

 Matthew Heuser
Defendant/Respondent

⌐                                    ¬
        For File Stamp Only

└                                    ┘

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Plaintiff Frank Hausman__ , pursuant
                        Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 James Karas of D&B Legal Services, PO Box 7471, Overland Park, KS 66207  (913) 362-8110
Name of Process Server                  Address                                          Telephone

 Tija Jackson of D&B Legal Services, PO Box 7471, Overland Park, KS 66207  (913) 362-8110
Name of Process Server         Address or in the Alternative                             Telephone


Name of Process Server         Address or in the Alternative                             Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                  SERVE:
 Matthew Heuser
Name                                    Name
 2103 Kennland Blvd.
Address                                 Address
 Louisville, KY 40223
City/State/Zip                          City/State/Zip

SERVE:                                  SERVE:

Name                                    Name

Address                                 Address

City/State/Zip                          City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk
                                        Signature of Attorney/Plaintiff/Petitioner
                                         40571
By _____             Bar No.
    Deputy Clerk                         221 W. Lexington, Ste. 200, Independence, MO 64050
                                        Address
_____                 (816) 471-4511              (816) 471-8450
Date                                    Phone No.                    Fax No.

CCADM62-WS   Rev. 07/19

Electronically Filed - St. Louis County - December 02, 2021 - 03:30 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)   Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)   The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)   Appointments may list more than one server as alternates.

(B)   The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)   Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)   No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)   Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://wp.stlcountycourts.com > forms.

(F)   This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

Electronically Filed - St Louis County - December 02, 2021 - 03:30 PM

In the

# CIRCUIT COURT

**Of St. Louis County, Missouri**

Frank Hausman
Plaintiff/Petitioner

vs.

Matthew Heuser
Defendant/Respondent

November 29, 2021
Date

21SL-CC05620
Case Number

8
Division

⌐                                      ┐
          For File Stamp Only

∟                                      ⌟

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff Frank Hausman                                    , pursuant
                    Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 James Karas of D&B Legal Services, PO Box 7471, Overland Park, KS 66207  (913) 362-8110
Name of Process Server                          Address                                      Telephone
 Tija Jackson of D&B Legal Services, PO Box 7471, Overland Park, KS 66207  (913) 362-8110
Name of Process Server              Address or in the Alternative                        Telephone

Name of Process Server              Address or in the Alternative                        Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                          SERVE:
 Matthew Heuser
Name                                            Name
 2103 Kennland Blvd.
Address                                         Address
 Louisville, KY 40223
City/State/Zip                                  City/State/Zip

SERVE:                                          SERVE:

Name                                            Name

Address                                         Address

City/State/Zip                                  City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By _____ **/s/Adam Dockery** _____
        Deputy Clerk
                    12/8/2021

Date

Signature of Attorney/Plaintiff/Petitioner
 40571
Bar No.
 221 W. Lexington, Ste. 200, Independence, MO 64050
Address
 (816) 471-4511            (816) 471-8450
Phone No.                          Fax No.

CCADM62-WS    Rev. 07/19

Electronically Filed - St Louis County - December 02, 2021 - 03:30 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://wp.stlcountycourts.com > forms.

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

Electronically Filed - St Louis County - December 08, 2021 - 03:27 PM

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

FRANK HAUSMAN

        Plaintiff

   v.

MATTHEW HEUSER

        Defendant

Case No. Case No. 21SL-CC05620

### CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's First Interrogatories to Defendant and Plaintiff's First Request for Production of Documents to Defendant are being served with the Petition by private process server.

Respectfully submitted,

BOYD KENTER THOMAS & PARRISH, LLC

| | |
|---|---|
| Mark E. Parrish | Mo. Bar No. 40571 |
| Joshua A. Sanders | Mo. Bar No. 64305 |
| Erica Fumagalli | Mo. Bar No. 70069 |

PO Box 1099
221 W. Lexington Avenue, Suite 200
Independence, Missouri 64051
Telephone: (816) 471-4511
Facsimile:  (816) 471-8450
E-mail:  mparrish@bktplaw.com
E-mail:  jsanders@bktplaw.com
E-mail:  efumagalli@bktplaw.com

ATTORNEYS FOR PLAINTIFF



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number: 21SL-CC05620 |
| Plaintiff/Petitioner:<br>FRANK HAUSMAN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JOSHUA ALTON SANDERS<br>PO BOX 332<br>GREENWOOD, MO  64034-0332 |
| Defendant/Respondent:<br>MATTHEW HEUSER | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE |
| Nature of Suit:<br>CC Wrongful Death | CLAYTON, MO  63105<br><br>(Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  **MATTHEW HEUSER**
         **Alias:**

**2103 KENNLAND BLVD.**
**LOUISVILLE, KY  40223**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.
      **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**08-DEC-2021**
**Date**
**Further Information:**
**AD**
                                             **Clerk**

## Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
  ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person at least 18 years of age residing therein.

    ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
                 _____ (name) _____ (title).
    ☐ other (describe) _____
                                                      (address)
Served at _____
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server         Signature of Sheriff or Server
      **Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
      I am:  (check one)  ☐ the clerk of the court of which affiant is an officer.
                    ☐ the judge of the court of which affiant is an officer.
                    ☐ authorized to administer oaths in the state in which the affiant served the above summons.
                      (use for out-of-state officer)
*(Seal)*             ☐ authorized to administer oaths.  (use for court-appointed server)

                                    _____
                                    Signature and Title

| Service Fees, if applicable | | | | | |
|---|---|---|---|---|---|
| Summons | $ | | | | |
| Non Est | $ | | | | |
| Mileage | $ | ( | _____ miles @ $ _____ per mile) | | |
| **Total** | $ | | | | |

See the following page for directions to clerk and to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion and/or petition must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion and/or petition when offered to him, the return shall be prepared to show the offer of the officer to deliver the summons and motion and/or petition and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the individual personally or by leaving a copy of the summons and motion and/or petition at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and motion and/or petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion and/or petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion and/or petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. On a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory in the United States. If served in a territory, substitute the word "territory" for the word "state."

The officer making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri Court within 30 days after service.

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.  These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

(1) **Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

(2) **Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.   The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.   These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.   The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73

Electronically Filed - St Louis County - December 17, 2021 - 09:49 AM

## AFFIDAVIT OF SERVICE

**State of Missouri**          **County of ST LOUIS**                    **Circuit Court**

Case Number: 21SL-CC05620

Plaintiff:
**FRANK HAUSMAN**
vs.
Defendant:
**MATTHEW HEUSER**


POW2021011843

For: BOYD KENTER THOMAS & PARRISH LLC

Received by D & B Legal Services, Inc. on the 9th day of December, 2021 at 9:11 am to be served on **MATTHEW HEUSER,** 2103 KENNLAND BLVD, LOUISVILLE, KY 40223. I, ___James Karas___, being duly sworn, depose and say that on the _9th_ day of _December_ 2021 at _1:07_pm., executed service by delivering a true copy of the **Summons, Notice of Alternative Dispute Resolution Services, Petition, Certificate of Service, Plaintiff's First Interrogatories to Defendant, Plaintiff's First Request for Production of Documents and Things to Defendant** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) INDIVIDUAL SERVICE AT ALTERNATE ADDRESS: Served the within-named person at the alternate address of
_____.

( ) SUBSTITUTE RESIDENTIAL: By serving _____ as
_____.

( ) SUBSTITUTE RESIDENTIAL AT ALTERNATE ADDRESS: By Serving _____ as
_____. At the address of

( ) POSTED: ( ) at a public place, address listed below - ( ) at the residence of the within-named person, address listed below.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _13_ day of
_December 2021_ by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # ___N A___
Appointed in accordance with State Statutes

D & B Legal Services, Inc.
P.O. Box 7471
Overland Park, KS 66207
(913) 362-3110

Our Job Serial Number: 2021011843

Andrea D. Rue
Notary Public, ID KYNP28992
State at Large, Kentucky
My Commission Expires May 12, 2025

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1w

Electronically Filed - St Louis County - December 17, 2021 - 09:49 AM



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DEAN PAUL WALDEMER | Case Number:  21SL-CC05620 |
|---|---|
| Plaintiff/Petitioner:<br>FRANK HAUSMAN | Plaintiff's/Petitioner's Attorney/Address:<br>JOSHUA ALTON SANDERS<br>PO BOX 332<br>GREENWOOD, MO  64034-0332 |
| vs. | |
| Defendant/Respondent:<br>MATTHEW HEUSER | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Wrongful Death | (Date File Stamp) |

### Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:  **MATTHEW HEUSER**
  Alias:

**2103 KENNLAND BLVD.**
**LOUISVILLE, KY  40223**

*COURT SEAL OF*

*ST. LOUIS COUNTY*

      **You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.**
      **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

**08-DEC-2021**
**Date**
**Further Information:**
**AD**

                                                        **Clerk**

### Officer's or Server's Affidavit of Service

I certify that:
1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
   ☐  delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐  leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person at least 18 years of age residing therein.

   ☐  (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐  other (describe) _____
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am:  (check one)  ☐  the clerk of the court of which affiant is an officer.
                 ☐  the judge of the court of which affiant is an officer.
*(Seal)*        ☐  authorized to administer oaths in the state in which the affiant served the above summons.
                  (use for out-of-state officer)
                 ☐  authorized to administer oaths.  (use for court-appointed server)

_____
Signature and Title

FILED
DEC 2 2 2021
JOAN M. GILMER

## IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

**FRANK HAUSMAN**
**Plaintiff**

v.                                                              Case No. 21SL-CC05620

**MATTHEW HEUSER.**
**Defendant**

### ANSWER OF MATTHEW HEUSER

The Defendant, Matthew Heuser, pro se, for his Answer states as follows:

1.     Numbered Paragraphs 6, 9, 10, 11, and 13 of the complaint are admitted.

2.     As to Paragraphs 7 and 8, jurisdiction and venue are admitted.  Other averments of these paragraphs is denied.

3.     Paragraphs 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24-27, 29-31 of the complaint are denied.

4.     Defendant is without knowledge or belief sufficient to form a belief as to the truth of the averments contained in Paragraph 1, 2, 3, 4, 5 and 32, therefore those paragraphs are denied.

5.     Paragraphs 23 and 28 are redundant and are denied as surplusage.

6.     All other averments contained in the complaint are denied.

### Affirmative Defenses

7.     The complaint fails to state a claim upon which relief can be granted.

8.     The plaintiff is not the real party in interest or lacks standing to bring the claims.

9.     The damages were not proximately caused by Defendant and are barred by considerations of comparative fault.

Respectfully Submitted,

Matthew Heuser
2103 Keeneland Blvd.
Louisville, KY  40223
Defendant, *Pro Se*

Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on this _15_ day of _December_, 20_21_ , the foregoing ANSWER was served upon the Plaintiff by delivering a true copy thereof to the United States Postal Service, first class postage prepaid addressed to Joshua Sanders, P.O. Box 1099, 221 W.Lexington Ave Ste 200, Independence, MO 64051

_Matthew Heuser_
Matthew Heuser

Filing Clerk
Clerk of the Circuit Court
Circuit Court of St. Louis County, Missouri
105 South Central Avenue
Clayton, MO 63105

Hon. Joshua Sanders, Esq.
Boyd Kenter Thomas & Parrish, LLC
P.O. Box 1099
221 W.Lexington Ave Ste 200
Independence, MO 64051

Matthew Heuser
2103 Keeneland Blvd.
Louisville, KY   40223

MATTHEW HEUSER
2103 KEENELAND BLVD
LOUISVILLE KY 40223

FILING CLERK
CLERK OF THE CIRCUIT COURT
CIRCUIT COURT OF ST LOUIS COUNTY MISSOURI
105 SOUTH CENTRAL AVENUE
CLAYTON MO 63105

7020 1290 0000 7774 4355

5310531775 0020

U.S. POSTAGE PAID
FCM LETTER
CLARKSVILLE, IN
DEC 29 '21
AMOUNT
$7.58
R2305M147434-04



Electronically Filed - St Louis County - December 29, 2021 - 04:24 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

FRANK HAUSMAN,                          )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )        Case No. 21SL-CC05620
                                        )
MATTHEW HEUSER,                         )
                                        )
            Defendant.                  )

### ENTRY OF APPEARANCE

COME NOW Christopher P. Leritz and Leritz & Plunkert, P.C. and enter their

appearance as attorneys for Defendant Matthew Heuser.

Respectfully submitted,

/s/ Christopher P. Leritz
Christopher P. Leritz, #39864
LERITZ & PLUNKERT, P.C.
555 Washington Avenue, Suite 600
St. Louis, MO 63101
cpleritz@leritzlaw.com
(314) 231-9600
(314) 231-9480 – Facsimile

ATTORNEYS FOR DEFENDANT
MATTHEW HEUSER

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Circuit
Court of St. Louis County, Missouri this 29th day of December, 2021, with service via operation
of the Court's electronic filing system upon all parties of record.

/s/ Christopher P. Leritz

Electronically Filed - St Louis County - December 29, 2021 - 04:28 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

FRANK HAUSMAN,                          )
                                        )
            Plaintiff,                  )
                                        )
vs.                                     )        Case No. 21SL-CC05620
                                        )
MATTHEW HEUSER,                         )
                                        )
            Defendant.                  )

**ENTRY OF APPEARANCE**

    COMES NOW Joseph R. Dreyer and enters his appearance as co-counsel for Defendant

Matthew Heuser.

                            Respectfully submitted,

                            /s/ Joseph R. Dreyer
                            Joseph R. Dreyer, #30721
                            LERITZ & PLUNKERT, P.C.
                            555 Washington Avenue, Suite 600
                            St. Louis, MO 63101
                            jdreyer@leritzlaw.com
                            (314) 231-9600
                            (314) 231-9480 – Facsimile

                            CO-COUNSEL FOR DEFENDANT
                            MATTHEW HEUSER

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was electronically filed with the Circuit Court of St. Louis County, Missouri this 29th day of December, 2021, with service via operation of the Court's electronic filing system upon all parties of record.

                            /s/ Joseph R. Dreyer

Electronically Filed - St Louis County - January 03, 2022 - 01:46 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

FRANK HAUSMAN )
)
     Plaintiff, )
)
vs. )    Case No. 21SL-CC05620
)
MATTHEW HEUSER )
)
     Defendant. )

## **CERTIFICATE OF SERVICE**

    DEFENDANT MATTHEW HEUSER'S FIRST INTERROGATORIES DIRECTED TO PLAINTIFF FRANK HAUSMAN and DEFENDANT MATTHEW HEUSER'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF FRANK HAUSMAN were sent via email this 3rd day of January, 2022, in Word Format and PDF to: Mark E. Parrish, mparrish@bktplaw.com; Joshua A. Sanders, jsanders@bktplaw.com; and Erica Fumagalli, efumagalli@bktplaw.com, *Attorneys for Plaintiff.*

                Respectfully Submitted,

                LERITZ & PLUNKERT, P.C.

                /s/ Christopher P. Leritz
                Christopher P. Leritz, # 39864
                Joseph R. Dreyer, #30721
                555 Washington Avenue, Suite 600
                St. Louis, Missouri 63101
                cleritz@leritzlaw.com
                jdreyer@leritzlaw.com
                (314) 231-9600
                (314) 231-9480 - Facsimile

                ATTORNEYS FOR DEFENDANT
                MATTHEW HEUSER

1